**Douglas E. McPHAIL, Plaintiff–Appellant,**

v.

**AMERICAN GENERAL FINANCIAL SERVICES, INCORPORATED, Defendant–Appellee,**

and

**A Goodnight Sleepstore, Defendant.**

**No. 11–1221.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2011.

Decided: July 29, 2011.

---

Douglas E. McPhail, Appellant Pro Se. Megan E. Miller, Hunton & Williams LLP, Charlotte, North Carolina; Canon Pence, Hunton & Williams Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas E. McPhail appeals the district court's order dismissing his complaint under Fed.R.Civ.P. 12(b)(6) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McPhail v. American Gen. Fin. Serv., Inc.*, No. 5:09–cv–00451–H (E.D.N.C. Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*